# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 2:24-CV-00184-Z

Plaintiff:
**United Sovereign Americans et al**

vs.

Defendant:
**Nelson et al**

For:
Court House Legal Services, Inc.
112 Haddontowne Court
Suite 304
Cherry Hill, NJ 08034

Received by Markus Fagerberg on the 10th day of September, 2024 at 11:04 am to be served on Jane Nelson, Secretary of State of Texas, 1019 Brazos Street, Austin, Travis County, TX 78701.

I, Markus Fagerberg, being duly sworn, depose and say that on the 10th day of September, 2024 at 3:30 pm, I:

delivered to a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action and Petition for Relief in the Form of a Writ of Mandamus with Exhibits A-G** with the date of service endorsed thereon by me, to: **Michael Orta, as Authorized Agent for Jane Nelson** at the address of **1019 Brazos Street, Austin, Travis County, TX 78701**.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 10, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 10th day of September, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

Markus Fagerberg
PSC- 23308; Exp. 09/30/2025

Court House Legal Services, Inc.
112 Haddontowne Court
Suite 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: MST-2024008058
Ref: RNP5838798576EE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United Sovereign Americans et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00184-Z |
|  | ) |
| Nelson et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Jane Nelson, Secretary of State of Texas

A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

 Bruce Castor
 1219 Spruce Street
 19107
 Philadelphia , PA 19107

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/28/2024

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 2:24-CV-00184-Z

Plaintiff:
**United Sovereign Americans et al**

vs.

Defendant:
**Nelson et al**

For:
Court House Legal Services, Inc.
112 Haddontowne Court
Suite 304
Cherry Hill, NJ 08034

Received by Markus Fagerberg on the 10th day of September, 2024 at 11:04 am to be served on **Ken Paxton, Attorney General of Texas, 209 W 14th St., Austin, Travis County, TX 78701.**

I, Markus Fagerberg, being duly sworn, depose and say that on the **10th day of September, 2024 at 3:45 pm, I:**

delivered to a **GOVERNMENT AGENCY** by delivering a true copy of the Summons in a Civil Action and Petition for Relief in the Form of a Writ of Mandamus with Exhibits A-G with the date of service endorsed thereon by me, to: Jordan Eskew, as Authorized Agent for Ken Paxton at the address of 209 W 14th St., Austin, Travis County, TX 78701.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 10, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 10th day of September, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

Markus Fagerberg
PSC- 23308; Exp. 09/30/2025

Court House Legal Services, Inc.
112 Haddontowne Court
Suite 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: MST-2024008061
Ref: RNP5838798576EE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United Sovereign Americans et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00184-Z |
| | ) | |
| Nelson et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Ken Paxton, Attorney General of Texas

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Bruce Castor
1219 Spruce Street
19107
Philadelphia , PA 19107

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 08/28/2024

*Signature of Clerk or Deputy Clerk*