IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED SOVEREIGN AMERICANS, INC., BERNARD JOHNSON, AND CITIZENS DEFENDING FREEDOM, <br><br>*Plaintiffs*, <br><br>v. <br><br>JANE NELSON, *in her official capacity as Secretary of State of Texas*, KEN PAXTON, *in his official capacity as Attorney General of Texas*, and MERRICK GARLAND, *in his official capacity as Attorney General of the United States*, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 2:24-CV-00184-Z |

## NOTICE OF APPEARANCE OF COUNSEL

Jane Nelson, in her official capacity as Secretary of State of Texas, and Ken Paxton, in his official capacity as Attorney General of Texas ("Defendants"), hereby give notice of the appearance of the following Assistant Attorney General as counsel of record, licensed to practice law and in good standing in the State of Texas and the United States District Court for the Northern District of Texas:

> Cole P. Wilson
> Assistant Attorney General
> General Litigation Division
> Tex. Bar No. 24122856
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> Telephone: (512) 463-2120
> Facsimile: (512) 320-0667
> Cole.Wilson@oag.texas.gov

Mr. Wilson is the attorney-in-charge for Secretary Nelson and General Paxton in this matter. Defendants ask that the Clerk of this Court and all counsel of record take notice of this appearance

of counsel for these Defendants, and respectfully request that the Court serve undersigned counsel with all court-issued notices, pleadings, filings, and all other communications in this lawsuit.

Dated:  September 23, 2024                          Respectfully submitted,
        Austin, Texas

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Cole P. Wilson*<br>**COLE P. WILSON**<br>Assistant Attorney General |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Attorney-in-charge<br>Texas State Bar No. 24122856<br>Cole.Wilson@oag.texas.gov |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | Office of the Attorney General<br>General Litigation Division |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1309 \| Fax: (512) 320-0667 |
| **KIMBERLY GDULA**<br>Chief for General Litigation Division | **COUNSEL FOR SECRETARY NELSON AND GENERAL PAXTON** |

2

**Certificate of Service**

I certify that a copy of the document above was served on all counsel of record who have entered an appearance on September 23, 2024, using the Federal Court CM/ECF system.

*/s/ Cole P. Wilson*

**Certificate Regarding Judge-Specific Requirements**

I, Cole P. Wilson, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

*/s/ Cole P. Wilson*