IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED SOVEREIGN AMERICANS, INC., BERNARD JOHNSON, AND CITIZENS DEFENDING FREEDOM, § § § § | | |
| Plaintiffs, § | | |
| v. § | No. 2:24-CV-00184-Z | |
| JANE NELSON, *in her official capacity as Secretary of State of Texas*, KEN PAXTON, *in his official capacity as Attorney General of Texas*, and MERRICK GARLAND, *in his official capacity as Attorney General of the United States*, § § § § § § § § | | |
| Defendants. § § | | |

## ORDER

Before the Court is *Defendants' Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Complaint* through October 8, 2024. Plaintiffs are unopposed. After due consideration, the Court finds said motion meritorious. It is hereby ORDERED that Defendants shall have until October 8, 2024, to respond to Plaintiffs' Complaint.

                                    _____
                                    THE HON. MATTHEW J. KACSMARYK
                                    UNITED STATES DISTRICT JUDGE