IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANE NELSON, *et al.*, <br><br> Defendants. | 2:24-CV-184-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Complaint, filed September 25, 2024 ("Motion") (ECF No. 9). Defendants request one additional week to respond to Plaintiffs' Complaint, filed August 27, 2024. The original deadline to respond was October 1, 2024. But under Federal Rule of Civil Procedure 6(b)(1)(A), a court may extend time if the original deadline had not yet passed and if good cause is shown. Defendants demonstrate good cause because they have other pending matters, plaintiffs are unopposed, and this is their first deadline extension request. The Court **GRANTS** the Motion and **ORDERS** Defendants to respond before **October 8, 2024, at 11:59 PM (CDT).**

**SO ORDERED**.

September 27, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE