## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 24-CV-00184

Plaintiff:
**UNITED SOVEREIGN AMERICANS INC., et al.**

vs.

Defendant:
**JANE NELSON, et al.**

For:
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce St.
Philadelphia, PA 19107

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, 950 PENNSYLVANIA AVE., N.W., WASHINGTON, DC 20530**.

I, Christopher J. Mullen, being duly sworn, depose and say that on the **16th day of September, 2024** at **5:23 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS & PETITION FOR RELIEF IN THE FORM OF A WRIT OF MANDAMUS** to **ELY VIA CERTIFIED MAIL** as **AUTHORIZED AGENT**, who stated they are authorized to accept service for: **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES** at the address of: **950 PENNSYLVANIA AVE. N.W., WASHINGTON, DC 20530**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE ONLY METHOD OF SERVICE IS CERTIFIED MAIL. CERTIFIED MAIL SENT ON 9/12/24 AND RECEIVED 9/16 5:23AM. TRACKING DELIVERY CONFIRMATION IS ATTACHED. THE GREEN CARD HAS NOT BEEN RECEIVED AS OF 9/30

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 1st day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

MATTHEW J HOJNOWSKI
Notary Public, State of New Jersey
My Commission Expires May 25, 2028

**Christopher J. Mullen**
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2024009190
Ref: UNITED SOVEREIGN AMERICANS

ALERT: HURRICANE HELENE, FLOODING, AND SEVER...

# USPS Tracking®

**Tracking Number:**

# 70192970000077503276

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

---

## Latest Update

Your item was picked up at a postal facility at 5:23 am on September 16, 2024 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
September 16, 2024, 5:23 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20571    OFFICIAL USE

| Certified Mail Fee | $4.85 | |
| --- | --- | --- |
| $ | | $4.10 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | | $11.00 |
| Total Postage and Fees | | |
| $ | $19.95 | |

Sent To  MERRICK GARLAND, A.G.
Street and Apt. No., or PO Box No. 950 PENNSYLVANIA AVE N.W.
City, State, ZIP+4® WASHINGTON DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United Sovereign Americans et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00184-Z |
| | ) |
| Nelson et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Merrick Garland, Attorney General of the United States

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Bruce Castor
    1219 Spruce Street
    19107
    Philadelphia , PA 19107

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 08/28/2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*