**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., BERNARD JOHNSON, AND CITIZENS DEFENDING FREEDOM<br><br>     *Plaintiffs*,<br><br>v.<br><br>JANE NELSON, in her official capacity as the Secretary of State of Texas, KEN PAXTON, in his official capacity as the Attorney General of Texas, and MERRICK GARLAND, in his official capacity as Attorney General of the United States<br><br>     *Defendants,* | Case No. 2:24-cv-00184 |

**TEXAS STATE CONFERENCE OF THE NAACP AND LEAGUE OF WOMEN
VOTERS OF TEXAS' MOTION TO INTERVENE**

Proposed Intervenor-Defendants ("Proposed Intervenors") Texas State Conference of the

NAACP ("Texas NAACP") and the League of Women Voters of Texas ("LWVTX" or "the

League") hereby files this Motion to Intervene as Defendants in this action. As explained in the

Texas NAACP and LWVTX's Brief in Support of this Motion filed herewith, Texas NAACP and

LWVTX are entitled to intervene as a matter of right pursuant to Federal Rule of Civil Procedure

("Rule") 24(a)(2) or, in the alternative, should be permitted to intervene pursuant to Rule 24(b).

This Motion is accompanied by a Brief in Support of the Motion, a Proposed Order, and

an Appendix containing declarations by Proposed Intervenors. Proposed Intervenors also attach

their Motion to Dismiss and supporting documents to be filed in the event that intervention is

granted.

Dated: October 9, 2024

Respectfully submitted,

/s/ *Thomas M. Melsheimer*

Ezra D. Rosenberg*
Pooja Chaudhuri*
Heather Szilagyi*
Grace Thomas*
LAWYERS' COMMITTEE FOR CIVIL
  RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
hszilagyi@lawyerscommittee.org
gthomas@lawyerscommittee.org

Edgar Saldivar
Texas Bar No. 24038188
Thomas Buser-Clancy
Texas Bar No. 24078344
Ashley Harris
Texas Bar No. 24123238
ACLU FOUNDATION OF
 TEXAS, INC.
1018 Preston St.
Houston, TX 77002
Phone: (713) 942-8146
Fax: (915) 642-6752
esaldivar@aclutx.org
tbuser-clancy@aclutx.org
aharris@aclutx.org

\* motion for admission *pro hac vice*
forthcoming
*Counsel for Proposed Intervenor-Defendants*

Thomas M. Melsheimer
Texas Bar No. 13922550
 Michael Bittner
Texas Bar No. 24064905
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: +1 (214) 453-6500
tmelsheimer@winston.com
mbittner@winston.com

Adriel I. Cepeda Derieux*
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800
acepedaderieux@aclu.org

Sophia Lin Lakin*
Ari J. Savitzky*
Maura Douglas*
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
asavitzky@aclu.org
mdouglas@aclu.org

George E. Mastoris*
Michelle D. Tuma*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel. (212) 294-6700
gmastoris@winston.com
mtuma@winston.com

2

## CERTIFICATE OF CONFERENCE

I certify that on October 8, 2024, pursuant to Local Rule 7.1(a), I reached out to Counsel for Plaintiffs, State Defendants, and Federal Defendant in this matter regarding this Motion. I requested that all Counsel of Record provide their positions on Intervention. On October 9, 2024, Counsel for Plaintiffs responded via email that Plaintiffs oppose intervention, Counsel for the State Defendants responded via email that they take no position on Intervention, and Counsel for Federal Defendant responded via email that DOJ opposes Intervention as to the claims against the U.S. Attorney General.

_____

Pooja Chaudhuri*
LAWYERS' COMMITTEE FOR CIVIL
  RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
pchaudhuri@lawyerscommittee.org

*pro hac vice forthcoming

*Counsel for the Texas State Conference of the NAACP and the League of Women Voters of Texas*

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the court's CM/ECF system on October 9, 2024, which will serve all counsel of record.

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
Texas Bar No. 13922550
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: +1 (214) 453-6500
tmelsheimer@winston.com

*Counsel for the Texas State Conference of the NAACP and the League of Women Voters of Texas*

4