**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., BERNARD JOHNSON, AND CITIZENS DEFENDING FREEDOM<br><br>*Plaintiffs*,<br><br>v.<br><br>JANE NELSON, in her official capacity as the Secretary of State of Texas, KEN PAXTON, in his official capacity as the Attorney General of Texas, and MERRICK GARLAND, in his official capacity as Attorney General of the United States<br><br>*Defendants*, | Case No. 2:24-cv-00184 |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY TEXAS STATE CONFERENCE OF THE NAACP AND LEAGUE OF WOMEN VOTERS OF TEXAS**

Having considered the Motion of Proposed Intervenor-Defendants Texas State Conference of the NAACP ("Texas NAACP") and the League of Women Voters of Texas ("LWVTX" or "the League") to Intervene as Defendants and all papers filed in connection thereto, the Court is of the opinion that intervention by Texas NAACP and LWVTX is proper and hereby **GRANTS** the Motion.

It is hereby **ORDERED** that leave is granted for Texas NAACP and LWVTX to join this action as Defendants.

SO ORDERED, this _____ day of _____, 2024.

*/s/* _____
**HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE**