IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-184-Z |
| JANE NELSON, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is the Texas State Conference of the NAACP's and the League of Women Voters of Texas's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 19), filed October 21, 2024. Ashley Harris represents that she has read — and will comply with — both *Dondi Properties Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas.

However, Local Rule 83.10 states that "local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." Local counsel "means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." *Id.* The Application identifies Michael Bittner of Dallas, Texas, as local counsel. Dallas, Texas is not within 50 miles of this courthouse. Accordingly, the Application is **DEFERRED** for fourteen days to provide Applicant time to identify local counsel within 50 miles of this courthouse.

**SO ORDERED.**

October 23, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE