IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **UNITED SOVEREIGN AMERICANS, INC.**, *et al.*, | § § § § |
| **Plaintiffs** | § § |
| v. | §   Case No. 2:24-cv-000184-Z |
| **JANE NELSON**, *et al.*, | § § § |
| **Defendants.** | § § § |

## NOTICE OF APPEARANCE OF RICHARD BIGGS

PLEASE TAKE NOTICE that Richard Biggs of the law firm Mullin Hoard & Brown LLP, 500 S. Taylor, Suite 800, LB 213, Amarillo, Texas 79101, hereby enters his appearance as local counsel for Intervening Defendants Texas State Conference of the NAACP and the League of Women Voters of Texas in the above-entitled action.

DATED: November 5, 2024                    Respectfully submitted,


By: _Richard Biggs_____
Richard Biggs
Texas State Bar No. 24064899
MULLIN HOARD BROWN LLP
500 S. Taylor, Suite 800, LB 213
Amarillo, Texas 79101
Telephone: (806) 372-5050
rbiggs@mhba.com

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer
Texas Bar No. 13922550
Michael Bittner
Texas Bar No. 24064905
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: +1 (214) 453-6500
tmelsheimer@winston.com
mbittner@winston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2024, I electronically filed the foregoing document with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

By: _____*Richard Biggs*_____
               Richard Biggs