IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS INC., *et al.*, | § § § § |
| Plaintiff, | § § |
| v. | § § Case No. 2:24-cv-000184-Z |
| JANE NELSON, *et al.*, | § § |
| Defendant. | § § § |

**NOTICE OF LOCAL COUNSEL**

Pursuant to this Court's Orders, ECF Nos. 20 & 21, and Local Rule 83.10, this Notice is filed to inform the Court that Local Counsel within 50 miles of the courthouse has entered an appearance on behalf of proposed Intervenor Defendants, Texas State Conference of the NAACP and the League of Women Voters of Texas. Local Counsel's information is as follows: Richard Biggs of the law firm Mullin Hoard Brown LLP, 500 S. Taylor, Suite 800, LB 213, Amarillo, Texas 79101. *See* ECF No. 23.

For the purposes of the below-signed Applicants' Pro Hac Vice applications, ECF Nos. 18 & 19, Mr. Biggs is the "Local counsel of record associated with Applicant."

Dated: November 6, 2024

Respectfully submitted,

*Thomas Buser-Clancy*
Thomas Buser-Clancy*
Texas Bar No. 24078344
Ashley Harris*
Texas Bar No. 24123238
ACLU FOUNDATION OF
TEXAS, INC.
1018 Preston St.
Houston, TX 77002
Phone: (713) 942-8146
Fax: (915) 642-6752
tbuser-clancy@aclutx.org
aharris@aclutx.org


*pro hac vice motions pending

## **CERTIFICATE OF SERVICE**

I hereby certify that November 6, 2024, I electronically filed the foregoing document with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

By:   *Thomas Buser-Clancy*
        Thomas Buser-Clancy