IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANE NELSON, *et al.*, <br><br> Defendants. | 2:24-CV-184-Z |

### ORDER

Before the Court is the Texas State Conference of the NAACP's and the League of Women Voters of Texas's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 19), filed October 21, 2024. Ashley Harris represents that she has read — and will comply with — both *Dondi Properties Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And she now identifies local counsel consistent with Local Rule 83.10. ECF No. 24. Thus, the Application is **GRANTED**.

**SO ORDERED**.

November 12, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE