IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, *et al.*, | |
| Petitioners, | |
| v. | Civil Action No. 2:24-CV-00184-Z |
| JANE NELSON, Secretary of the State of Texas, *et al.*, | |
| Respondents. | |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

\*Signature on next page

        Respectfully submitted,

        LEIGHA SIMONTON
        United States Attorney

        */s/ Dawn Whalen Theiss*
        DAWN WHALEN THEISS
        Assistant United States Attorney
        Texas Bar No. 24051755
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:    214-659-8600
        Facsimile:    214-659-8807
        Dawn.theiss@usdoj.gov

        *Attorneys for Respondent Merrick Garland*