IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> JANE NELSON, Secretary of the State of Texas, *et al.*, <br><br> Respondents. | Civil Action No. 2:24-CV-00184-Z |

# CERTIFICATE OF INTERESTED PERSONS

I, Dawn Whalen Theiss, counsel for Respondent Merrick Garland, do hereby certify, pursuant to Local Rule 7.4 of the Northern District of Texas, that, other than the parties and their counsel, I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

LEIGHA SIMONTON
United States Attorney

*/s/ Dawn Whalen Theiss*
DAWN WHALEN THEISS
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8600
Facsimile:    214-659-8807
Dawn.theiss@usdoj.gov

*Attorneys for Respondent Merrick Garland*

## CERTIFICATE OF SERVICE

On November 20, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Dawn Whalen Theiss*
DAWN WHALEN THEISS
Assistant United States Attorney