**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| United Sovereign Americans et al. § § § | |
| *Plaintiff* § § | |
| v. § | Case No. 2:24-cv-00184-Z |
| § § | |
| Nelson et al. § § | |
| *Defendant* § | |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

Sophia Lin Lakin                                                                                                  .

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____                    _____
DATE                                                          PRESIDING JUDGE