IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-184-Z |
| JANE NELSON, *et al.*, | |
| Defendants. | |

### ORDER

Before the Court is the Texas State Conference of the NAACP and the League of Women Voters of Texas's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 31), filed November 21, 2024. Adriel I. Cepeda Derieux represents that he has read — and will comply with — both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And he identifies local counsel consistent with Local Rule 83.10. Thus, the Application is **GRANTED**.

**SO ORDERED.**

November 25, 2024

*[signature]*

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE