IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-184-Z |
| JANE NELSON, *et al.*, | |
| Defendants. | |

### JUDGMENT

The Court issued an Order **DISMISSING** this case. ECF No. 39. The Court granted leave for Plaintiffs to file an amended complaint on or before January 28, 2025. *Id.* at 8. Plaintiffs have not done so. The Court **ORDERS** the case closed. Judgment is rendered accordingly.

**SO ORDERED.**

January 30, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE